**JOHN ROBB**, OSB. No. 104910
john@salilaw.com
Kevin Sali LLC
1500 S.W. First Ave., Suite 1020
Portland, OR 97201
Telephone:  (971) 407-3372
Facsimile:   (503) 765-5377

Attorney for Defendant Christopher Fellini

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>CHRISTOPHER FELLINI,<br><br>            Defendant. | Case No. 3:20-cr-00212-MO<br><br>DECLARATION OF JOHN ROBB IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

I, John Robb, declare as follows:

      1.     I am the attorney representing Christopher Fellini, the defendant in this case. I am competent to testify to the matters set forth in this declaration and do so based on personal knowledge.

      2.     There has been one prior continuance on this case.

      3.     The present continuance is requested because I have made several specific discovery requests from the government and understand that at least some additional discovery responsive to my request will be provided to the defense when it is available. Upon receipt of

PAGE 1 –     DECLARATION OF JOHN ROBB IN SUPPORT OF DEFENDANT'S
                  UNOPPOSED MOTION TO CONTINUE TRIAL DATE

this discovery, I will require time to conduct additional factual and legal analysis and investigation, and otherwise prepare a defense.

4. I have corresponded with counsel for the Government, who does not object to a continuance.

5. Christopher Fellini agrees with this request for a continuance, understands the rights provided by the Speedy Trial Act, and waives those rights to the extent necessary for the granting of this motion in light of the reason for the requested continuance.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2020 in Portland, Oregon.

By:

s/John Robb
John Robb

PAGE 2 –   DECLARATION OF JOHN ROBB IN SUPPORT OF DEFENDANT'S
           UNOPPOSED MOTION TO CONTINUE TRIAL DATE