SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**GARY Y. SUSSMAN, OSB #873568**
Assistant United States Attorney
gary.sussman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  (503) 727-1000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 3:20-cr-00212-MO |
| v. | MOTION TO DISMISS INFORMATION |
| **CHRISTOPHER FELLINI**, | |
| **Defendant.** | |

Pursuant to Fed. R. Crim. P. 48(a), the United States of America moves the Court for an order dismissing the information in this case without prejudice.

DATED:  March 10, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney