# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 3:20-cr-00212-MO |
| v. | ORDER DISMISSING INFORMATION |
| **CHRISTOPHER FELLINI**, | |
| **Defendant.** | |

Based on the government's motion, IT IS ORDERED that the information in this case is dismissed without prejudice.

DATED: March  11 , 2021.

*Michael W. Mosman*
HONORABLE MICHAEL J. MOSMAN
United States District Judge

Submitted by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney